JOHN MOEST et al., as Executors of HENRY MOEST, Deceased, Appellants, *v.* THE CITY OF BUFFALO et al., Respondents.

*Moest* v. *City of Buffalo,* 116 App. Div 657, affirmed.
(Argued October 5, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 28, 1906, which reversed a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for the death of plaintiffs' intestate alleged to have occurred through the negligence of the defendants.

*Walter F. Hofheins* for appellants.

*Nathaniel W. Norton* and *Louis E. Desbecker* for respondents.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts, on opinion below.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Not voting: VANN, J.